**Order entered January 22, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01304-CV

**PARKWAY INWOOD, L.P., Appellant**

**V.**

**FIRST BANK & TRUST COMPANY, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04743**

## ORDER

We **GRANT** appellant's January 19, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **MARCH 6, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE